UNION PACIFIC RAILROAD COMPANY v. JOHN WESTLUND, ADMINISTRATOR.*

FILED DECEMBER 7, 1904.  No. 13,203.

ERROR to the district court for Dawson county: HOMER M. SULLIVAN, JUDGE. *Reversed.*

*John N. Baldwin* and *Edson Rich,* for plaintiff in error.

*Warrington & Stewart, George W. Thomas, H. M. Sinclair* and *Roscoe Pound, contra.*

AMES, C.

The record in this case is substantially identical with that in *Union P. R. Co. v. Fickenscher, ante,* p. 187, and the opinion in that case is therefore decisive of this.

It is recommended that the judgment of the district court be reversed and the cause remanded for a new trial.

OLDHAM, C., concurs.

* Rehearing allowed. See opinion, p. 734, *post.*

By the Court: For the reasons stated in the foregoing opinion, it is ordered that the judgment of the district court be reversed and the cause remanded for a new trial.

REVERSED.

The following opinion on rehearing was filed December 7, 1906. *Judgment of reversal adhered to:*

SEDGWICK, C. J.

This action was brought in the district court for Dawson county to recover damages caused by a fire alleged to have originated in the carelessness of the defendant. The case was argued and submitted with the motion for rehearing in the case of *Union P. R. Co. v. Fickenscher, ante,* p. 187, and for the reasons stated in the opinion in that case, the judgment of the district court is reversed and the cause remanded.

REVERSED.